# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DEVIN RAPCHAK,

    Plaintiff,

v.   No. CV 19-186 JB/CG

WARDEN MARK BOWEN,

    Defendant.

## ORDER TO CURE DEFICIENCY

**THIS MATTER** is before the Court on Plaintiff's *Prisoner's Motion and Affidavit for Leave to Proceed Under 28 U.S.C. § 1915* ("Plaintiff's Application"), (Doc. 2), filed March 6, 2019. The Court finds that Plaintiff's Application is missing the required **certified copy of Plaintiff's inmate account statement** for the 6-month period immediately preceding this filing. *See* 28 U.S.C. § 1915(a)(2). Section 1915 states:

> "A prisoner seeking to bring a civil action . . . shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint. . ."

28 U.S.C. § 1915(a)(2). Plaintiff has not submitted the certified inmate account statement as required by § 1915(a)(2). Failure to cure the designated deficiency **by May 8, 2019**, may result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED** that, by **May 8, 2019**, Plaintiff shall cure the designated deficiency by submitting the required certified copy of Plaintiff's inmate account statement for the 6-month period immediately preceding this filing.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE