# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

DEVIN RAPCHAK,

      Plaintiff,

vs.                                                                                          No. CIV 19-00186 JB\CG

MARK BOWEN, WARDEN, and
FNU SANTANA, C.O.,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on its Memorandum Opinion and Order, filed March 19, 2020 (Doc. 23)("MOO"). In the MOO, the Court dismisses the Prisoner's Civil Rights Complaint, filed March 6, 2019 (Doc. 1)("Complaint"), for violation of rule 11 of the Federal Rules of Civil Procedure, and denies all pending motions as moot in light of the Complaint's dismissal. With no more claims, issues, or parties before the Court, the Court dismisses this case and enters Final Judgment.

**IT IS ORDERED** that: (i) the Prisoner's Civil Rights Complaint, filed March 6, 2019 (Doc. 1), is dismissed without prejudice; and (ii) Final Judgment is entered.

                                                                                               _____
                                                                                               UNITED STATES DISTRICT JUDGE

*Parties:*

Devin Rapchak
Santa Fe, New Mexico

      *Plaintiff pro se*